# EXHIBIT J

**LookSmart**

FindArticles > Business Wire > May 24, 2000 > Article > Print friendly

## Cabletron Sells Digital Network Products Group to Gores Technology Group; Key Milestone Achieved in Cabletron Transformation

Business/Technology Editors

ROCHESTER, N.H.--(BUSINESS WIRE)--May 24, 2000

Cabletron Systems, Inc. (NYSE:CS) today announced that it has reached a definitive agreement to sell its Digital Network Products Group (DNPG) to Gores Technology Group (GTG). DNPG, headquartered in Andover, Massachusetts, sells networking solutions under the DIGITAL brand name. These solutions are used by the DNPG's enterprise customers to interconnect servers, desktops, office and manufacturing devices. Cabletron purchased the DNPG from Digital Equipment Corporation (now Compaq) in February 1998.

"Exiting non-core businesses is a core element of our transformation strategy. The sale of DNPG, together with other steps we have taken to aggressively sell or phase-out non-core businesses and products, puts us ahead of schedule for completing this phase of the transformation, said Piyush Patel, Chairman and CEO of Cabletron Systems. "With a substantial portion of the clean-up behind us, we can continue to focus on our four new high growth companies, Aprisma, Enterasys, GNTS, and Riverstone."

"We are pleased to have a strong partner like GTG to continue to provide products to DNPG customers worldwide, said David Kirkpatrick, Cabletron's Corporate Exec. Vice President of Operations and CFO. "We selected GTG in part because of its commitment to focus on the needs of the DNPG's customers and employees. As we complete the clean-up phase of our transformation, speed of execution and ongoing support for customers are our principal concerns."

Closing of the transaction is subject to negotiation and execution of ancillary agreements; it is expected to close by the end of Cabletron's second fiscal quarter. Financial terms of the transaction are subject to nondisclosure obligations.

About Gores Technology Group

Headquartered in Los Angeles, Gores Technology Group is a privately held international technology acquisition and management company that pursues an aggressive strategy of acquiring promising high-technology organizations and then managing them for growth and profitability. GTG's established infrastructure currently manages a portfolio of 21 interrelated but autonomous technology-oriented companies that are located in 40 countries throughout the world. Those companies provide a broad range of technology-based products and services to a substantial customer base of 13,000 that represent over 1.5 million active users.

Much of GTG's rapid growth in the 1990s has been the result of first acquiring and then expanding companies and technologies. GTG strengthens its companies with financial backing and works with each company's management to implement growth strategies based on the particular needs of each company's customers and market.

For further information, contact Amber Hilkene at (310) 209-3010 and visit http://www.gores.com.

About the DIGITAL Network Products Group (DNPG)

The DIGITAL Network Products Group is focused on providing innovative solutions that meet the complete workgroup and wiring closet networking needs of enterprise customers. DNPG offers multi-technology solutions that interconnect servers, desktops, office and manufacturing floor devices to support traditional business and web-based applications for commercial, manufacturing, and government customers. For further

information, contact Dawn Rohrbacher at (978) 684-1428 and visit http://www.dnpg.com.

About Cabletron Systems

Cabletron Systems is a holding company for infrastructure companies Aprisma Management Technologies, Enterasys Networks, Riverstone Networks and GlobalNetwork Technology Services, focused on the new Internet economy. Listed on the New York Stock Exchange as CS, Cabletron is an S&P 500 index company. Cabletron's web site can be reached on the Internet at http://www.cabletron.com/.

COPYRIGHT 2000 Business Wire
COPYRIGHT 2000 Gale Group

# EXHIBIT K

# THE GORES GROUP

## News

**ACQUISITION OF THE LEARNING COMPANY BY GORES TECHNOLOGY COMPLETED**

LOS ANGELES -- October 19, 2000 -- Gores Technology Group (GTG) today said that it has completed the acquisition of The Learning Company, a world class developer and publisher of innovative, interactive technology tools, from Mattel, Inc. (NYSE: MAT). Gores Technology is a leading privately held international acquisition and management company.

The Learning Company is the second largest consumer software company in the world, after Microsoft. The company has a number one market share in the U.S. in the education and productivity sectors. The Learning Company has approximately 1500 employees worldwide. Fiscal 1999 revenues were $ 750 million dollars. Products are distributed using a multi channel approach that includes retail, direct marketing, OEM's, the Internet and schools. Included under The Learning Company umbrellas are three divisions: Entertainment, Productivity and Education. Its titles include: "Reader Rabbit's", "Carmen San Diego", "Print Shop", "Myst", "Chessmaster", and "Pokemon."

"We are very excited about what we have seen and learned from our meetings with the people at The Learning Company," said Alec Gores, Chairman of Gores Technology Group. "We are confident that the business has significant potential."

Vance Diggins, who has been named Interim President of The Learning Company and who holds the same position at Gores Technology Group, said the he has been impressed by both the depth and breadth of talent at The Learning Company, as well as the technology.

"Most of the people I have spoken with share our excitement and our vision for what this company can achieve," he said. "We have an extremely talented group of people and an outstanding catalogue of titles. While there is a great deal of work yet to do, we are confident that we will be successful."

**About Mattel, Inc.**

Mattel, Inc. is a worldwide leader in the design, manufacture and marketing of family products. With headquarters in El Segundo, California, Mattel has offices and facilities in 36 countries and sells its products in more than 150 nations throughout the world.

**About Gores Technology Group**

With headquarters in Los Angeles, Gores Technology Group (GTG) is a privately held international acquisition and management firm that pursues an aggressive strategy of acquiring promising high-technology organizations and managing them for growth and profitability. GTG has made a name for itself by acquiring and successfully managing companies -- including many divisions acquired from large publicly traded companies -- through its commitment to customers, employees and continued development of intellectual property. GTG has acquired and managed approximately 35 interrelated but autonomous technology-oriented companies with locations throughout the world. Those companies provide a broad range of technology-based products and services to a substantial customer base representing millions of active users worldwide.

The Gores Group, LLC. All Rights Reserved 2006.

# EXHIBIT L

# THE GORES GROUP

# News

**THE LEARNING COMPANY IS PROFITABLE 75 DAYS AFTER PURCHASE FROM MATTEL; AGREES TO SELL ITS NON-CORE ENTERTAINMENT DIVISION TO UBI SOFT ENTERTAINMENT**

LOS ANGELES and NOVATO, Calif., March 5, 2001 /PRNewswire/ - Gores Technology Group (GTG) and The Learning Company (TLC) today announced that The Learning Company achieved an operating profit in the first 75 days of GTG ownership. GTG acquired The Learning Company from Mattel in October 2000.

Concurrently, GTG said that it has signed and is preparing to close a definitive agreement for the sale of The Learning Company's Entertainment Division to Ubi Soft Entertainment. Alec Gores, Founder, Chairman and Chief Executive of GTG, said that since GTG acquired The Learning Company, it has received a number of offers for the company's Entertainment Division.

James Bailey, President of The Learning Company and Group President of GTG said that early on GTG and TLC management identified the Entertainment Division as a non-core part of the company. "This move allows our company to focus solely on its strategy to invest in and promote its core brands in the highly synergistic Productivity and Education Divisions, which already have a substantial user base, leading market share and consumer brand strength," he said.

Vance Diggins, CEO of The Learning Company and President of GTG, said that The Learning Company's profit -- from a loss of more than $1.5 million per day -- was achieved by realigning the company's structure to be more consistent with current revenue and profit targets and by re-focusing on the company's top-selling brands," he said.

Mr. Diggins said that the company's resizing, which included a reduction of operating budgets and the centralization of critical and common functions, resulted in an immediate reduction in operating expenses.

"All core areas of research, development, sales, finance, and operations were preserved," he stated. "Marketing was refined and improved and new products successfully introduced."

Mr. Gores added, "The management and staff of The Learning Company have done a truly outstanding job. Although we still have a way to go until we achieve the full potential of this company, the team at The Learning Company has made impressive strides in a very short amount of time. Everyone involved should be very proud."

Mr. Gores lauded Mattel's management for recognizing that this business was outside of the company's core area of expertise and that it was in the best interests of all constituents for GTG to work with TLC to turn the company around.

"This is truly a win-win," he said, "for all concerned," he said.

Mr. Bailey stated that the company's vision moving forward is to maintain and increase its market leadership position by continuing to strengthen business partnerships with retailers, key and new licensors and original equipment manufacturers (OEMs). Additionally, he said, "the company is placing top product brands and partners in a position to fully capitalize on the transition and migration of future technology and distribution mediums, including integrated e-commerce initiatives."

Mr. Bailey added, "Over the next several years, The Learning Company will be working to leverage its technology, brands, partners and customer base to continue to be a leader in consumer technology. The company is now and will continue to be a contributor for the industry in furthering new platforms, new modes of product distribution and new business models with our partners and for our users."

**About The Learning Company**

The Learning Company (TLC) is the leading developer of innovative, interactive consumer technology products. The company's objective is to stay ahead of the technology curve in order to provide consumers enjoyable, state-of-the-art technology in the areas of education, entertainment and productivity. TLC is home to several best-selling software titles and realizes the importance of providing consumers with technological advancements in software development. The company's one product, two-platform strategy allows consumers to use the Internet to enhance software program capabilities. For more information about The Learning Company and its products please contact Jennifer Schroeder, at jennifer.schroeder@learningco.com or 415-382-3038 or visit our Web site at www.learningco.com.

**About Gores Technology Group**

With headquarters in Los Angeles, Gores Technology Group (GTG) is a privately held international acquisition and management firm that pursues an aggressive strategy of acquiring promising high-technology organizations and managing them for growth and

profitability. GTG has made a name for itself by acquiring and successfully managing companies -- including many divisions acquired from large publicly traded companies -- through its commitment to customers, employees and continued development of intellectual property. GTG has acquired and managed approximately 35 interrelated but autonomous technology-oriented companies with locations throughout the world. Those companies provide a broad range of technology-based products and services to a substantial customer base representing millions of active users worldwide. Visit the company's Web site at www.gores.com.

**About Ubi Soft Entertainment**

Ubi Soft Entertainment is a global producer, publisher and international distributor of interactive entertainment products. A leading company in the industry, Ubi Soft's strong and diversified lineup has grown considerably. As well as developing original properties, Ubi Soft has also steadfastly partnered with several high-profile companies and is dedicated to delivering consumers with quality videogame titles while offering blockbuster franchises. Some of Ubi Soft's recent licenses include Disney, Warner Bros., DreamWorks and Sony Pictures. Founded in 1986, the company has offices in 18 countries including the United States, Canada, France, Germany and China and sells its products in a total of 52 countries. For more information about Ubi Soft, visit http://www.ubisoft.com or call 1-800-UBI-SOFT.

The Gores Group, LLC. All Rights Reserved 2006.